IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MIDLAND FUNDING, LLC.,

        Petitioner,

v.

BURTON SCOTT,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3631

Opinion filed November 6, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Roberta G. Mandel of Mandel Law Group, P.A., Miami, of counsel to Joseph Rosen of Pollack & Rosen, P.A., Coral Gables, for Petitioner.

No appearance for Respondent.

PER CURIAM.

     DISMISSED. See Bared & Co., Inc. v. McGuire, 670 So. 2d 153, 157 (Fla. 4th DCA 1996) ("If petitioner has failed to make a prima facie showing of irreparable harm, we lack jurisdiction and will enter an order *dismissing* the petition.").

LEWIS, MAKAR, and OSTERHAUS, JJ., CONCUR.